# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

| | |
|---|---|
| MALINDA SIMON, | ) CASE NO. 5:21-CV-00929-CEH |
| Plaintiff, | ) MAGISTRATE JUDGE<br>) CARMEN E. HENDERSON |
| v. | ) |
| SEVERNS VALLEY BAPTIST CHURCH, INC., PAUL SIMON, | ) **ORDER** |
| Defendants, | ) |

This matter is before the Court on Defendant Severns Valley Baptist Church's and Defendant Paul Simon's motions to dismiss. (ECF No. 5, 6). Within 21 days after Defendants filed their motions, Plaintiff amended her Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). (ECF No. 7). This amendment deems the original Complaint inoperative and Defendants' motions moot. However, because the Amended Complaint does not appear to affect Defendants' arguments, the Court will renew the motions and construe them as motions to dismiss the Amended Complaint. The Court notes that Plaintiff has already indicated that she does not wish to respond and would like to stand on her pleadings. However, because Plaintiff has not had an opportunity to respond to the motions to dismiss the amended complaint, in an abundance of caution, the Court will give Plaintiff 7 days to respond should she choose to do so. Defendants have 7 days to reply thereafter.

**IT IS SO ORDERED.**

Date: April 26, 2022

                                              s/ *Carmen E. Henderson*
                                              CARMEN E. HENDERSON
                                              U.S. MAGISTRATE JUDGE